# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 2, 2020

**VIA ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED 10/7/20

Re: *United States v. Tesheika Brown-Edwards*,
18 Cr. 786 (CM)

Honorable Judge McMahon:

I write on behalf of my client, Ms. Tasheika Brown-Edwards, whose sentencing is scheduled for November 24, 2020, to respectfully request that Ms. Brown-Edwards be permitted to travel to Connecticut to visit members of her family from Friday, October 9, 2020 to Saturday, October 10, 2020.

Ms. Brown Edwards has provided the address where she would stay to her supervising Pretrial Services officer, Francesca Piperato, who has no objection to this request. I have also discussed this matter with Assistant United States Attorney Peter Davis, who, on behalf of the Government, takes no position on this request.

Thank you for your considering this request.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender
(212) 417-8734

cc: AUSA Peter Davis (by ECF)
SDNY Pretrial Services Officer Francesca Piperato (by email)

**SO ORDERED:**

**HONORABLE COLLEEN McMAHON**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/20