UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

   -against-                                             S2 18 CR 786 (CM)

Tesheika Brown-Edwards,

   Defendant.

------------------------------------------------------------X

## ORDER UNSEALING DOCKET ENTRIES

McMahon, C.J.:

    The Clerk of the Court is hereby ordered to unseal (1) Information S2 18 CR 786 (CM), as well as, all docket entries related to the filing of that charging instrument, and (2) the documents and docket entries related to the entry of the defendant's plea of guilty to the S2 Information (but not the plea agreement). The transcripts of the plea and sentencing will remain sealed.

January 28, 2021

                                                         _____
                                                         Colleen McMahon
                                                         Chief District Court Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/21
```

1