```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :   PRELIMINARY ORDER OF
          - v. -                   :   FORFEITURE/
                                   :   MONEY JUDGMENT
TESHEIKA BROWN-EDWARDS,            :
                                   :   S2 18 Cr. 786 (CM)
               Defendant.          :
                                   :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about March 20, 2019, TESHEIKA BROWN-EDWARDS (the "defendant"), was charged in a five-count Superseding Information, S2 18 Cr. 786 (CM) (the "Information"), with Hobbs Act Robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Count One); conspiracy to commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951 (Count Two); use, carrying, possession, and discharge of a firearm, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2 (Count Three); conspiracy to commit access device fraud in violation of Title 18, United States Code, Sections 1029(a)(1) and (b)(2); and participating in a narcotics conspiracy in violation of Title 21, United States Code, Section 846;

WHEREAS, the Information included a forfeiture allegation as to Counts One, Two, Four, and Five of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), 982(a)(2)(B) and

1029(c)(1)(C), and Title 21, United States Code, Section 853, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Two, Four, and Five of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two, Four, and Five, of the Information that the defendant personally obtained;

WHEREAS, on or about March 20, 2019, the defendant pled guilty to Counts One through Five of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegations with respect to Count One, Two, Four, and Five of the Information and agreed to forfeit, Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), 982(a)(2)(B) and 1029(c)(1)(C), and Title 21, United States Code, Section 853, a sum of money equal to the amount of proceeds traceable to the commission of the offenses charged in Counts One, Two, Four, and Five of the Information that the defendant personally obtained;

WHEREAS, the Government asserts that $100,000 in United States currency represents, the amount of property, real and personal, that constitutes or is derived from proceeds traceable

to the commission of the offense charged in Counts One and Two of the Information, that the defendant personally obtained;

WHEREAS, the Government seeks a money judgment in the amount of $100,000 in United States currency, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), representing any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Counts One and Two of the Information;

WHEREAS, on or about January 28, 2021, the defendant was sentenced and ordered to forfeit a money judgment in the amount of $100,000 in United States currency representing the amount of proceeds traceable to the offense charged in Counts One and Two of the Information that the defendant personally obtained;

WHEREAS, the Court finds that as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One and Two of the Information that the defendant personally obtained cannot be located upon the exercise of due diligence.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.  As a result of the offenses charged in Counts One and Two of the Information, to which the defendant pled guilty, a

money judgment in the amount of $100,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One and Count Two of the Information that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order of Forfeiture/Money Judgment is final as to the defendant, TESHEIKA BROWN-EDWARDS, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
       January 28, 2021

       3:55 pm

SO ORDERED:

_____
HONORABLE COLLEEN MCMAHON
CHIEF UNITED STATES DISTRICT JUDGE