UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

v.

Teshieka Brown-Edwards,

　　　　　　　　　　Defendant.

**Order of Restitution**

S2 18 Cr. 786 (CM)

Upon the application of the United States of America, by its attorney, Audrey Strauss, United States Attorney for the Southern District of New York, Peter J. Davis, Assistant United States Attorney, of counsel; the presentence investigation report; the Defendant's conviction on Count One the above Superseding Indictment; and all other proceedings in this case, it is hereby ORDERED that:

**Amount of Restitution.** Teshieka Brown-Edwards, the Defendant, shall pay restitution in the total amount of $100,000 to the victim of the offense charged in Count One of the Superseding Indictment. The names, addresses, and specific amounts owed to the victim are set forth in the schedule attached hereto. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York
　　　　28 January, 2021
　　　　3:53 pm

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

09.10.2013

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```